IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rodriguez, Angel L

Printed: 6/24/08

Case Number: 04 B 32318
Judge: Wedoff, Eugene R

Filed: 8/31/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 23, 2008
Confirmed: October 21, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,090.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,363.68 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 266.32 |
| Other Funds: |  | 50.00 |
| Totals: | 5,090.00 | 5,090.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Debt Credit | Unsecured | 53.14 | 273.57 |
| 3. | Consumer Portfolio Services | Unsecured | 1,073.84 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 402.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 406.00 | 2,090.11 |
| 6. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 7. | Diversified Emer Serv | Unsecured | | No Claim Filed |
| 8. | Community Radiology Ltd | Unsecured | | No Claim Filed |
| 9. | Clerk of The Circuit Court (Co | Unsecured | | No Claim Filed |
| 10. | Collection Company Of America | Unsecured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | Emergency Care Physician | Unsecured | | No Claim Filed |
| 13. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 15. | Keith S Shindler Ltd | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Diversified Emer Serv | Unsecured | | No Claim Filed |
| 18. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | AT&T | Unsecured | | No Claim Filed |
| 21. | Pathology & Nuclear Med | Unsecured | | No Claim Filed |
| 22. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 23. | RPM Inc | Unsecured | | No Claim Filed |
| 24. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 25. | Pellettieri & Associates | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Rodriguez, Angel L | Case Number: 04 B 32318 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 8/31/04 |

| | | | | |
|---|---|---|---|---|
| 26. | St Elizabeth's Hospital | Unsecured | | No Claim Filed |
| 27. | St Mary of Nazareth Hospital | Unsecured | | No Claim Filed |
| 28. | St Mary of Nazareth Hospital | Unsecured | | No Claim Filed |
| 29. | University of Illinois | Unsecured | | No Claim Filed |
| 30. | Tel Com Plus | Unsecured | | No Claim Filed |
| 31. | St Mary of Nazareth Hospital | Unsecured | | No Claim Filed |
| 32. | University Of Illinois Hospital | Unsecured | | No Claim Filed |
| 33. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 4,344.98 | $ 4,773.68 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 31.11 |
| 4% | 8.75 |
| 3% | 6.49 |
| 5.5% | 36.67 |
| 5% | 11.05 |
| 4.8% | 21.18 |
| 5.4% | 151.07 |
| | _____ |
| | $ 266.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____